## Commonwealth ex rel. Muskal *v.* Muskal, Appellant.

Argued November 10, 1969. *Arthur M. Lebovitz,* with him *Krause & Baker,* for appellant; *Wiley A. Bucey, Jr.,* with him *Edward R. Lawrence, Jr.,* and *Lawrence, Van Gorder, Bucey & Plum,* for appellee.

Order affirmed.

## Commonwealth, Appellant, *v.* Augustine.

Argued November 12, 1969. *Robert F. Banks,* Assistant District Attorney, with him *Joseph J. Nelson,* First Assistant District Attorney, and *Edward M. Bell,* District Attorney, for Commonwealth, appellant; *Joseph P. Valentino,* for appellee.

Order affirmed.

WRIGHT, P. J., dissents.